

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲
NAKICHA JOSEPH▲
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 1, 2021

<u>Via CM/ECF</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

  Re: <u>Monegro v. Japan Crate, LLC</u>
     Case #: 1:21-cv-03096-LGS

Dear Judge Schofield:

  We represent the plaintiff in the above matter. We write to respectfully request that the Initial Conference currently scheduled for June 10, 2021, at 10:40 AM be adjourned by 45 days. An attempt has been made to serve the defendant with a Summons and Complaint, but service was not possible due to a vacant address. Plaintiff is now exploring alternative forms of service and seeking waiver of service.

  We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The application is **GRANTED**. The initial conference scheduled for June 10, 2021, (Dkt. No. 5), is **ADJOURNED to July 29, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Docket No. 6.

Dated: June 2, 2021
   New York, New York